**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| MICHAEL JEROME SMITH, | : | MOTION TO VACATE |
|    Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | 1:12-CR-262-TWT-JSA |
| UNITED STATES OF | : | |
| AMERICA, | : | CIVIL ACTION NO. |
|    Respondent. | : | 1:14-CV-2338-TWT-JSA |

**MAGISTRATE JUDGE'S FINAL REPORT AND RECOMMENDATION**

On July 21, 2014, Movant Michael Jerome Smith filed the instant motion to vacate his sentence under 28 U.S.C. § 2255 [Doc. 85] and sought an additional thirty (30) days to file a memorandum in support of his motion. (Doc. 86). The Court granted his motion, and allowed him through August 18, 2014, to file the memorandum in support, which is required under this Court's Local Rules.[1] (Doc. 87). As of October 15, 2014, nearly two months after the deadline he requested, Movant still had not filed the memorandum. Because his motion contained mostly bare allegations with little or no factual support, this Court could not fully analyze

---

[1] *See* L.R. 7.1A(1), N.D. Ga. ("Every motion presented to the clerk for filing shall be accompanied by a memorandum of law which cites supporting authority. If allegations of fact are relied upon, supporting affidavits must be attached to the memorandum of law."). Civil Local Rule 7.1 is "fully applicable to motions filed in criminal proceedings." L. Cr. R. 12.1(B), N.D. Ga.

Movant's claims without any such supporting memorandum; thus, the Court entered an Order on October 16, 2014, which instructed Movant to show cause within twenty-one (21) days, or by November 6, 2014, why the instant § 2255 motion should not be dismissed for failure to prosecute or failure to obey a lawful Order of the Court. (Doc. 88). As of November 18, 2014, Movant has not responded to this Court's show cause Order.

**IT IS THEREFORE RECOMMENDED** that the instant § 2255 motion to vacate (Doc. 85) be **DISMISSED WITHOUT PREJUDICE** for Movant's failure to prosecute and/or obey a lawful Order of the Court. *See* L.R. 41.3A, N.D. Ga.

The Clerk is **DIRECTED** to terminate the referral to the undersigned Magistrate Judge.

**IT IS SO RECOMMENDED** this 19th day of November, 2014.

_____
JUSTIN S. ANAND
UNITED STATES MAGISTRATE JUDGE