IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:12-CR-262-1-TWT |
| MICHAEL JEROME SMITH, | |
| Defendant. | |

**ORDER**

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 101] of the Magistrate Judge recommending dismissing the action because the Defendant was properly sentenced as a Career Offender. For the reasons set forth in the thorough and well-reasoned Report and Recommendation, the decision in *Johnson v. United States* does not apply here. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED. No Certificate of Appealability will be granted.

SO ORDERED, this 7 day of July, 2016.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge